**U.S. Department of Justice**

*United States Attorney
Southern District of New York*

86 Chambers Street
New York, New York 10007

March 16, 2021

By CM/ECF

Honorable Andrew L. Carter, Jr.
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/17/2021

    Re:    *Annette Todmann vs. Saul, 1:20-cv-7746-ALC*

Dear Judge Carter:

This Office represents Andrew Saul, the Commissioner of Social Security (Commissioner) in the above-referenced action pursuant to 42 U.S.C. § 405(g), challenging a decision by the Commissioner to deny plaintiff's application for program benefits. The Commissioner is to file a certified administrative record (CAR) by March 26, 2021. The undersigned respectfully requests a 60-day extension of this deadline to May 25, 2021, to file the CAR.

This is the Commissioner's second request for an extension of the deadline to file this certified administrative transcript. The extension is necessary because teleworking and other temporary workplace changes due to the COVID-19 pandemic have significantly impacted the operations of the Social Security Administration's Office of Appellate Operations (OAO) and materially affected its ability to prepare CARs, including obtaining transcriptions of hearing recordings from private contractors. Over the past few months, OAO has redesigned its business process to allow for a mostly virtual CAR preparation process, and has worked and continues to work to expand and improve this process. Although the current process has improved and increased CAR production, challenges remain, including rising court case filings, as well as staffing and processing problems with transcript typing service contractors. OAO asks for continued patience as it strives to resolve these issues.

Lastly, Plaintiff consents to the requested extension.

Thank you for Your Honor's consideration.

          Respectfully submitted,

          AUDREY STRAUSS
          United States Attorney

By:   *Peter Jewett*
      Peter Jewett
      Special Assistant United States Attorney
      c/o Social Security Administration
      Office of General Counsel
      26 Federal Plaza, Room 3904
      New York, NY 10278
      Tel.: (212) 264-2436
      Fax:  (212) 264-6372
      Peter.jewett@ssa.gov

cc: Charles Binder, Esq.

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: 3/17/2021