UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANNETTE TODMANN,

        Plaintiff,

vs.

ANDREW M. SAUL,
COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
------------------------------------------------------------X

Civil Action No.:
1:20-CV-07746-ALC

**ORDER**

**Andrew L. Carter, Jr., United States District Judge:**

AND, NOW, this 13th day of July, 2021, upon consideration of Plaintiff's Letter Motion for an extension of time to file Plaintiff's motion for judgment on the pleadings,

IT IS HEREBY **ORDERED** that Plaintiff's Letter Motion is **GRANTED**. Plaintiff's motion for judgment on the pleadings is now due **August 23, 2021**. All subsequent briefing deadlines are also extended by **thirty (30) days**.

**Dated**: July 13, 2021
New York, New York

SO ORDERED:
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE