```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANNETTE TODMANN,

                Plaintiff,

vs.                                                              Civil Action No.:
                                                                 1:20-CV-07746-ALC

ANDREW M. SAUL,
COMMISSIONER OF SOCIAL SECURITY,                                 ORDER GRANTING EXTENSION

                Defendant.
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/10/2021

AND, NOW, this __10th__ day of August, 2021, upon consideration of Plaintiff's Motion for an extension of time to file Plaintiff's motion for judgment on the pleadings, **IT IS HEREBY ORDERED** that Plaintiff's Motion is **GRANTED**. Plaintiff's motion and brief in support is due **September 22, 2021**. All subsequent deadlines are also extended by thirty (30) days.

Dated: 8/10/2021

New York, New York

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE