**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ANNETTE TODMANN,

                Plaintiff,                                20 **CIVIL** 7746 (ALC)

      -v-                                                  **JUDGMENT**

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

                Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated November 17, 2021, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Appeals Council will affirm the finding that Plaintiff was found disabled beginning December 19, 2017. The Appeals Council will instruct the ALJ to re-evaluate Plaintiff's request to reopen the prior SSI claim filed on January 22, 2016. If the ALJ reopens the prior SSI claim, the ALJ will evaluate the medical evidence of record in accordance with the appropriate regulations for evaluating medical evidence and develop the administrative record for the period at issue.

**Dated:** New York, New York
            November 17, 2021

                                                                 **RUBY J. KRAJICK**

                                                                   **Clerk of Court**
                                            BY:
                                                                   **Deputy Clerk**